# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FREECREST INVESTMENTS, LLC         §   Case No. 10-43501-ERW
                                          §
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 08/26/2014 in Courtroom 744, United States Courthouse,
219 S Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/16/2014          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FREECREST INVESTMENTS, LLC    §    Case No. 10-43501-ERW
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,362,262.72 |
| *and approved disbursements of* | $ 2,992,792.28 |
| *leaving a balance on hand of* [1] | $ 369,470.44 |
| **Balance on hand:** | $ 369,470.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SEC | PRIVATE BANK | 190,333.69 | 190,333.69 | 0.00 | 190,333.69 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 190,333.69 |
| Remaining balance: | $ 179,136.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 105,164.05 | 14,832.56 | 90,331.49 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 169,611.00 | 120,170.50 | 49,440.50 |
| Attorney for Trustee, Expenses - Alan D. Lasko | 40.36 | 0.00 | 40.36 |
| Accountant for Trustee, Fees - Alan D. Lasko | 8,341.90 | 4,017.50 | 4,324.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 144,136.75 |
| Remaining balance: | $ 35,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 35,000.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 35,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 641,191.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Citibank, N.A. | 7,670.90 | 0.00 | 418.72 |
| 5 | R&R Septic | 1,460.00 | 0.00 | 79.70 |
| 11U | Village of Shorewood | 9,163.20 | 0.00 | 500.18 |
| 12U | Adelmann Construction | 9,343.74 | 0.00 | 510.04 |
| 13 | Edward D Jones & Co | 3,900.00 | 0.00 | 212.88 |
| 15 | Jefferson Reger, LLC | 605,600.00 | 0.00 | 33,057.20 |
| 16 | Vincent R Benig MD Ltd | 4,053.80 | 0.00 | 221.28 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 35,000.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                   Case No. 10-43501-ERW
Freecrest Investments, LLC                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 3                  Date Rcvd: Jul 17, 2014
                              Form ID: pdf006            Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2014.
db            +Freecrest Investments, LLC,    21342 Timbercreek Court,    Shorewood, IL 60404-8255
aty           +Hinshaw & Culbertson,    Hinshaw & Culbertson,    222 N Lasalle St Ste 300,
                Chicago, IL 60601-1081
16201002      +Adelmann Construction,    527 Bethany Drive,    Shorewood, IL 60404-6062
16201003      +Alpine Concrete, Inc.,    C/O Attorney David Hurst,    20012 Wolf Road, #200,
                Mokena, IL 60448-9954
16201004      +Bailey's Carpet,    629 Theodore Street,    Joliet, IL 60403
16376266      +Bella Cucina Catering,    808 W Jefferson Street,    Joliet, IL 60435-7331
16201005      +Blue Tek,    1146 W. Jefferson Street,    Shorewood, IL 60404-0703
17965487      +CCL Corporation,    Alan L. Stefaniak c/o DiMonte & Lizak, L,    216 W. Higgins Road,
                Park Ridge, IL 60068-5706
16201007      +CCL, Inc.,    C/O Attorney Alan Stefaniak,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
16266544     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota,      4740 121st St,    Urbandale, IA 50323)
17621584      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
16201008      +Custom Color,    1N141 County Farm Road, #23,    Winfield, IL 60190-2032
16201010      +DP Brown Enterprises,    1136 W. Jefferson Street,    Shorewood, IL 60404-0703
16201009      +Donald Kinsella,    21342 Timbercreek Court,    Shorewood, IL 60404-8255
16201011      +Dr. Benig,    1144 W. Jefferson Street,    Shorewood, IL 60404-0704
16201012      +Dr. Kevin Hutter, D.C.,    1138 W. Jefferson Street,    Shorewood, IL 60404-0703
18822575      +Edward D Jones & Co,    Attn Jeff Schappe,    1245 JJ Kelley Memorial Dr.,,    2nd floor,
                St. Louis, MO 63131-3600
16201013      +Edward Jones,    1132 W. Jefferson Street,    Shorewood, IL 60404-7312
16201014      +Essence of Life Healing Arts, Inc.,    1142 W. Jefferson Street, #E & #F,
                Shorewood, IL 60404-0703
16201015      +Express Signs & Lighting Maintenance Inc,     John M Tira,    Atty at Law,    285 S Broadway St,
                Coal City, IL 60416-1698
16201016      +Farnsworth Group,    1144 W. Jefferson Street, #300,    Shorewood, IL 60404-1704
16201017      +G&J Services Group,    1730 Wallace Ave, #A210,    St. Charles, IL 60174-3401
16201018      +G&J Services Group,    C/O Attorney Joseph Berglund,    1010 Jorie Blvd., #370,
                Oak Brook, IL 60523-4467
16201019      +Grill Marx,    1148-1152 W. Jefferson Street,    Shorewood, IL 60404-0703
18417054      +Grochocinski, Grochocinski,    & LLoyd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
18823989      +Jefferson Reger, LLC,    c/o Law Office of Peter G. Hallam,     2117 Hutchison Road,
                Flossmoor, IL 60422-1322
16201020      +Jones Building Products,    POB 665,    Minooka, IL 60447-0665
16201021      +KG Builders,    C/O Attorney Chris Rouskey,    151 Springfield Avenue,    Joliet, IL 60435-6551
16201023       Kubinski Excavation,    River Road,    Joliet, IL 60435
16201024      +Menards,    2524 W. Jefferson Street,    Joliet, IL 60435-6431
16201025      +Midwest Concrete Cutting,    30136 S Route 45,    Peotone, IL 60468-8965
18541262      +Midwest Fire Suppression LLC,    Bill Robinson,    P.O. Box 69,    New Lenox, IL 60451-0069
16201026      +Midwest Fire Supression,    C/O Attorney David Seil,    280 Veterans Parkway, #213,
                New Lenox, IL 60451-2408
16201027       Minooka Lumber,    404 Mondamin Street,    Minooka, IL 60447-9875
16201028      +Oak Lawn Blacktop Paving Co.,    C/O Attorney David Hurst,    20012 Wolf Road, #200,
                Mokena, IL 60448-9954
16325062      +Oak Lawn Blacktop Paving Company, Inc.,     c/o Bruggeman, Hurst & Associates, P.C.,
                20012 Wolf Road,    Suite 200,    Mokena, Illinois 60448-9954
16201029      +Oestreich Lock and Key,    102 Mills Road,    Joliet, IL 60433-2792
16201030      +Perry Brown Plumbing,    16050 S. Renwick Park Drive,    Plainfield, IL 60586-8830
16201031       R&R Septic,    34451 Black Road,    Shorewood, IL 60404
16201032      +RB Crowther Roofing,    3805 Pine Bluff Rd,    Morris, IL 60450-9555
16201033       Sinnott Engineering,    117011 London Bridge Drive,    Mokena, IL 60448
16201034      +Talaga Sheet Metal,    18642 NW Frontage Road,    Joliet, IL 60404-9655
18824061      +The Minooka Grain, Lumber and Supply Company,     404 Mondamin Street, P.O. BOX 100,
                Minooka, Illinois 60447-0100
16201035      +The PrivateBank and Trust Company,    C/O Attorney John R. Felton,     14 W. Cass Street, 3rd Floor,
                Joliet, IL 60432-4116
17881013      +The PrivateBank and Trust Company,    C/O Richard B. Polony,    Hinshaw & Culbertson LLP,
                222 North LaSalle Street, Suite 300,    Chicago, IL 60601-1081
16201036      +Thomas Alarm,    311 Church Street,    Yorkville, IL 60560-1327
16201037       Timm Electric,    C/O Attorney Vince G. Portlock,    212 Springfield Avenue,    Joliet, IL 60435
18792560      +Timm Electric, Inc.,    c/o Vince Portlock,    323 Springfield Ave,    Joliet, IL 60435-8235
16201038      +Troy Electrical Supply,    819 Industrial Drive,    Troy, IL 62294-2442
16376267      +Truth Restaurant,    800 W Jefferson Street,    Joliet, IL 60435-7331
16201039      +U.S. Recycling,    12152 Naperville-Plainfield Road,    Plainfield, IL 60585-9597
16201040      +Village of Shorewood,    1 Towne Center Blvd.,    Shorewood, IL 60404-1221
18828607      +Vincent R Benig MD Ltd,    dba Shorewood Family Medicine,    1144 W Jefferson St., Ste 200,
                Shorewood, IL 60404-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 3                  Date Rcvd: Jul 17, 2014
                              Form ID: pdf006            Total Noticed: 53

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Grochocinski, Grochocinski and Lloyd Ltd
18541276*      +Midwest Fire Suppression, LLC.,    Bill Robinson,    P.O. Box 69,    New Lenox, IL 60451-0069
16201006     ##+Canella's Pizza,    1134 W. Jefferson Street,    Shorewood, IL 60404-0703
16201022     ##+Kinzia Salon,    1130 W. Jefferson Street,    Shorewood, IL 60404-0703
                                                                                              TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2014                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2014 at the address(es) listed below:
```
              Ariane   Holtschlag    on behalf of Plaintiff Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Ariane   Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Bradley H Foreman    on behalf of Plaintiff    Jefferson Reger LLC Brad@BradleyForeman.com
              Chris D Rouskey    on behalf of Debtor    Freecrest Investments, LLC rouskey-baldacci@sbcglobal.net
              David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Plaintiff Thomas B Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Gregory K Stern    on behalf of Creditor    Village of Shorewood gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James W Davidson    on behalf of Defendant    Nationwide Title Company jdavidson@ohaganlaw.com,
               jhoward@ohaganlaw.com
              John C Renzi    on behalf of Creditor    Midwest Fire Suppression, LLC. jcrenzi@jprlaw.net
              John M Tira    on behalf of Attorney    Express Signs & Lighting Maintenance, c/0 John M.Tira
               tirajmt@yahoo.com
              Joseph P. Berglund    on behalf of Creditor    G&J Services Group, Inc. berglundmastny@aol.com,
               berglundniew@aol.com
              Julia Jensen Smolka    on behalf of Creditor    CCL Corporation jjensen@dimonteandlizak.com
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Kathleen M. McGuire    on behalf of Plaintiff Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Laura E Musick    on behalf of Defendant    Nationwide Title Company lmusick@ohaganlaw.com
              Monica C O'Brien    on behalf of Creditor    Village of Shorewood gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter   Hallam    on behalf of Creditor    Jefferson Reger, LLC peterhallam@lawyer.com
              Peter   Hallam    on behalf of Plaintiff    Jefferson Reger LLC peterhallam@lawyer.com
              Richard B. Polony    on behalf of Defendant    Freecrest Investments, LLC rpolony@hinshawlaw.com,
               vlorber@hinshawlaw.com
              Richard B. Polony    on behalf of Creditor    Private Bank rpolony@hinshawlaw.com,
               vlorber@hinshawlaw.com
              Richard B. Polony    on behalf of Creditor    PrivateBank and Trust Company rpolony@hinshawlaw.com,
               vlorber@hinshawlaw.com
              Richard B. Polony    on behalf of Trustee Thomas B Sullivan rpolony@hinshawlaw.com,
               vlorber@hinshawlaw.com
              Thomas B Sullivan    on behalf of Accountant Alan D Lasko & Associates tsullivan@wfactorlaw.com,
               IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Vince G. Portlock    on behalf of Creditor    Timm Electric, Inc. vportlock@aol.com
              William J Connelly    on behalf of Creditor    Private Bank wconnelly@hinshawlaw.com
```

```
District/off: 0752-1          User: dpruitt              Page 3 of 3                  Date Rcvd: Jul 17, 2014
                              Form ID: pdf006            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      William J Connelly    on behalf of Trustee Thomas B Sullivan wconnelly@hinshawlaw.com
      William J Connelly    on behalf of Creditor   PrivateBank and Trust Company wconnelly@hinshawlaw.com

          TOTAL: 29