**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 26 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
) Case No. 10 B 43501
FREECREST INVESTMENTS, LLC )
)
) Chapter 7
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF INNOVALAW, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $49,440.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $2,253.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $47,187.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $47,187.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4)      Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(5)      Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such

duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: _____, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

Bill4Time Report                                                                                                    Page 1 of 5

## InnovaLaw, PC - Client Summary

Starting : 01/23/2013 | Ending : 10/29/2013 | Client : TBS/TEE | Case : 11B 254-Freecrest Investments LLC | User : All Users | Account Manager : All | Client Type : All | Case Type : All Case Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Case | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|---|
| TBS/TEE | | | | | | | | |
| David Grochocinski | | | | | | | | |
| 01/23/2013 | Freecrest Investments LLC | Discussion with attorneys for Bank regarding resolution of fee applications and settlements | General Administration | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 01/31/2013 | Freecrest Investments LLC | TC from broker regarding Truth Restaurant property; offering $225,000; suggest get approval of bank and take offer | General Administration | $450.00 hr | 1.40 | 1.40 | $630.00 | 0.00 |
| 02/08/2013 | Freecrest Investments LLC | Discussion with Trustee regarding 363 sale and related issues | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 02/08/2013 | Freecrest Investments LLC | Review Rich Palony's email regarding mechanics liens and 363 sale and employment of a broker | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 02/11/2013 | Freecrest Investments LLC ① | Draft application to extend time for Trustee operating authority | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 -32.50 | 0.00 |
| 02/11/2013 | Freecrest Investments LLC | TC with Polony regarding 363 sale and mechanics lien issues | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 02/12/2013 | Freecrest Investments LLC ① | Review of Accountant time sheet and preparation of Interim Compensation for Accountant | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 -52.00 | 0.00 |
| 02/13/2013 | Freecrest Investments LLC | Examine CT&T communication regarding liens and filed liens from mechanics lien | General Administration | $450.00 hr | 2.10 | 2.10 | $945.00 | 0.00 |
| 02/26/2013 | Freecrest Investments LLC | TC with broker regarding new listing agreement | Real Estate | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 02/26/2013 | Freecrest Investments LLC | TC with broker regarding eviction of Kinzi | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 |
| 02/26/2013 | Freecrest Investments LLC | Amend rider to listing agreement and send to Polony | Real Estate | $450.00 hr | 0.90 | 0.90 | $405.00 | 0.00 |
| 02/26/2013 | Freecrest Investments LLC | Make changes to listing agreement and send to Polony | Real Estate | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 03/04/2013 | Freecrest Investments LLC | Received LOI emails from broker | Real Estate | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 |
| 03/04/2013 | Freecrest Investments LLC | Review LOI regarding Bressler and discussion with counsel from Private Bank regarding same. | General Administration | $450.00 hr | 0.70 | 0.70 | $315.00 | 0.00 |
| 03/05/2013 | Freecrest Investments LLC | TC with Trustee regarding eviction proceeding of Kinzia | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 03/05/2013 | Freecrest Investments LLC | Appearance in court for Application for Interim Compensation and entry of order for same | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 03/08/2013 | Freecrest Investments LLC | Review changes to broker agreement and send to McCollom and Trustee | General Administration | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | Review invoice from special counsel regarding eviction of Kinzia Salon and discussion with Trustee regarding employment | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | Examine updated Form II and Form III from Trustee regard Hammel Creek and discovery with counsel for Private Bank. | General Administration | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | Review 363 sale docs and proposal | Hammel Creek | $450.00 hr | 1.80 | 1.80 | $810.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | Make comments on same and TC to Connelly to review | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | TC with Connelly regarding issues on 363 sale | Hammel Creek | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 03/11/2013 | Freecrest Investments LLC | Review non-exclusive listing agreement | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 03/15/2013 | Freecrest Investments LLC | TC with Trustee regarding amended listing for broker regarding Shorewood property | Hammel Creek | $450.00 hr | 0.70 | 0.70 | $315.00 | 0.00 |
| 04/02/2013 | Freecrest Investments LLC | Prepare application, order, notice regarding sale of 800-808 Jefferson | Hammel Creek | $450.00 hr | 3.40 | 3.40 | $1,530.00 | 0.00 |
| 04/02/2013 | Freecrest Investments LLC ① | Prepare motion to employ broker regarding Shorewood | Hammel Creek | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 -52.00 |
| 04/02/2013 | Freecrest Investments LLC ① | Prepare application to employ broker regarding 800-808 Jefferson | Hammel Creek | $450.00 hr | 1.10 | 1.10 | $495.00 | 0.00 -71.50 |



EXHIBIT A

https://secure.bill4time.com/B4T2/Report...aspx                                                           10/29/2013

-208.00

| Date | Client | Description | Matter | Rate | Hours | Billable | Amount | Adj |
|---|---|---|---|---|---|---|---|---|
| 04/03/2013 | Freecrest Investments LLC | Prepare amended rider regarding sale of 800 Jefferson on listing agreement and send to Trustee to sign and return | Hammel Creek | $450.00 hr | 0.70 | 0.70 | $315.00 | 0.00 |
| 04/03/2013 | Freecrest Investments LLC | Trade emails with attorney for Private Bank regarding 363 sale/mechanics lien issues etc | General Administration | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 04/03/2013 | Freecrest Investments LLC | Trade email regarding mechanics liens resolution, other sale matters and clean up of sale of real estate at 800 | Hammel Creek | $450.00 hr | 0.70 | 0.70 | $315.00 | 0.00 |
| 04/03/2013 | Freecrest Investments LLC | TC with Trustee regarding 800 listing agreement documents | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 04/03/2013 | Freecrest Investments LLC | Email to attorney for Bank regarding timing, estimate of administrative costs | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 04/04/2013 | Freecrest Investments LLC | Email to attorney for Private Bank regarding status on case, status on fees and similar administrative expenses | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 04/10/2013 | Freecrest Investments LLC | Amend and review application to employ broker | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 04/10/2013 | Freecrest Investments LLC | Per request of Bank; estimate of administrative expenses to attorney; calculate same | Hammel Creek | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 04/12/2013 | Freecrest Investments LLC | Motion to employ broker regarding 800-808 Jefferson | Hammel Creek | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 04/16/2013 | Freecrest Investments LLC | TC with attorney for Private Bank regarding 363 sale and email of 4/12 | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 04/22/2013 | Freecrest Investments LLC | Draft proposed note of sale and send to attorney for Bank | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 04/22/2013 | Freecrest Investments LLC | Review inquiry from Private Bank attorney regarding taxes to be paid | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 04/23/2013 | Freecrest Investments LLC | TC with Connelly regarding notice and he to amend and resent for review | Hammel Creek | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 |
| 04/24/2013 | Freecrest Investments LLC | Work on lease regarding restaurant space with Lopez Bros | General Administration | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 04/24/2013 | Freecrest Investments LLC | Meeting with McCollom regarding Bressler LoI for 2.5 million | General Administration | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 05/01/2013 | Freecrest Investments LLC | Prepare amended order on sale of 800-808 Jefferson and send to Connelley | Hammel Creek | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 05/01/2013 | Freecrest Investments LLC | Email from Connelley he to present draft order for review | Hammel Creek | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 |
| 05/01/2013 | Freecrest Investments LLC | Email correspondnece with bank regarding sale of 800-808 Jefferson | Hammel Creek | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 |
| 05/01/2013 | Freecrest Investments LLC | Finish draft of Lopez lease regarding Hammel Creek restaurant space and send to broker/agent | Hammel Creek | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 05/02/2013 | Freecrest Investments LLC | Amend draft order regarding 800-808 and send to court with letter | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 05/06/2013 | Freecrest Investments LLC | TC with attorney for bank; discussion of sale process and notice of hearing | Hammel Creek | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 05/08/2013 | Freecrest Investments LLC | Review contract and order and rider with Trustee; sign updated docs | Hammel Creek | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 05/08/2013 | Freecrest Investments LLC | Transmit to buyers (4) | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 — 135.00 |
| 05/08/2013 | Freecrest Investments LLC | Review email from buyer to McCollom regarding use of APA contract for offers | Hammel Creek | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 05/08/2013 | Freecrest Investments LLC | Review APA with trustee; acceptable to Trustee | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 05/10/2013 | Freecrest Investments LLC | Finish draft of application to sell Hammel Creek to Bank and send to attorney for review | Hammel Creek | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |
| 05/10/2013 | Freecrest Investments LLC | TC with attorney for Express Signs regarding lien claim; discussion with him regarding payment of lien, etc | Hammel Creek | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 05/13/2013 | Freecrest Investments LLC | TC from counsel for Private Bank; ok to file application; discussion | Hammel Creek | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 05/13/2013 | Freecrest Investments LLC | Prepare draft order with application and notes | Hammel Creek | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 — 65.00 |
| 05/13/2013 | Freecrest Investments LLC | TC with counsel for Private Bank; issue regarding closing costs | Hammel Creek | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 05/13/2013 | Freecrest Investments LLC | Review changes and discuss same with agent as to lease for restaurant | Hammel Creek | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |
| 05/13/2013 | Freecrest Investments LLC | | Hammel Creek | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |

−200.00

| Date | Client | Description | Category | Rate | Hours | Billed | Amount | Paid | Adj |
|---|---|---|---|---|---|---|---|---|---|
| | | Make changes to lease with Lopez and Macklin and send to counsel (Nery) | | | | | | | |
| 05/15/2013 | Freecrest Investments LLC | TC with Joe Neary regarding Lopez lease on restaurant | General Administration | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 | |
| 05/21/2013 | Freecrest Investments LLC | Email to attorney fro restaurant lease - re: status of change | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 | |
| 05/24/2013 | Freecrest Investments LLC | Telephone call with McCollom regardging interested bidders. Needs a contract | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 | |
| 05/28/2013 | Freecrest Investments LLC | Review motion in adv of hearing | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 | |
| 05/28/2013 | Freecrest Investments LLC | Telephone call with Connelly - Go forward with draft orders to follow re: mechanics lien, funds, other issues | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 05/28/2013 | Freecrest Investments LLC | Telephone call with Wm. Connelly regarding sale motion. Discuss offers and bids from 3rd parties | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 | |
| 05/29/2013 | Freecrest Investments LLC | Appear in court on Freecrest motion to sell to private bank. Enter continue to 06/12/2013 with new notices. | General Administration | $450.00 hr | 1.80 | 1.80 | $810.00 | 0.00 | |
| 05/29/2013 | Freecrest Investments LLC | Discuss with broker regarding lien on restaurant property | General Administration | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 | |
| 05/29/2013 | Freecrest Investments LLC | Telephone call to attorney for private bank release of lien on 800-808 W. Jefferson Property & resolution of chancery case or clear title. | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 05/29/2013 | Freecrest Investments LLC | Telephone conversation with management agent regarding change to lease by proposed tenants re: restaurant | | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 | |
| 06/03/2013 | Freecrest Investments LLC | Telephone call regarding leasehold changes regarding new restaurant | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/07/2013 | Freecrest Investments LLC | Email to attys. for Bank re: amended docs re: 363 sale. | General Administration | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 | |
| 06/07/2013 | Freecrest Investments LLC | Review amendment to lease and send to atty. | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/10/2013 | Freecrest Investments LLC | Telephone conversation to attys. for Private Bank re: status on 363 motion on 6/12/2013. No docs and information from Private Bank to supplement motion. | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/10/2013 | Freecrest Investments LLC | Telephone to Tim Clard's office re: Mohundro adversary property not closed yet. Need to dismiss with leave to reinstate. He to call back. | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/10/2013 | Freecrest Investments LLC | Telephone conversation with R. Polony. He still working on numbers. They to get date from court on Wed., 6/12. | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 | |
| 06/11/2013 | Freecrest Investments LLC | Telephone conversation with R. Polomy re: expenses of Chapt.7 & 11 cases and explanation of monthly reports. | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 | |
| 06/14/2013 | Freecrest Investments LLC | Telephone conversation with Terry McCollom re: lease of restaurant property & discussion of same | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/17/2013 | Freecrest Investments LLC | Telephone conversation with Trustee and Bard re: OK to sign lease on restaurant at Hammel Creek | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 | |
| 06/17/2013 | Freecrest Investments LLC (4) | Motion to dismiss prejudice re: Mohundro adversary | General Administration | $450.00 hr | 1.50 | 1.50 | $675.00 | 0.00 | -675.00 |
| 06/19/2013 | Freecrest Investments LLC | email to attorney for Private Bank re: clearance Title issues as to 800-808 Jefferson, Joliet | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 06/25/2013 | Freecrest Investments LLC | Appearance in court on Application to Sell 800-650 Jefferson to Mohundro. Order allows for dismissal of adversary and | General Administration | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 | |
| 06/25/2013 | Freecrest Investments LLC | Review amended sale motion, order & motion to creditors set for 7/10/13 | General Administration | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 | |
| 06/27/2013 | Freecrest Investments LLC | Preparation of Amended Application to Sell Hammel Creek Property to Private Bank per 363. | Hammel Creek | $450.00 hr | 1.80 | 1.80 | $810.00 | 0.00 | |
| 06/27/2013 | Freecrest Investments LLC | Review estimate of amounts needed to pay mechanics liens in Lien Trust established by sale. | General Administration | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 | |
| 06/28/2013 | Freecrest Investments LLC | Update from McCollom re: eviction of Kinzie Salom | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 | |
| 07/03/2013 | Freecrest Investments LLC | | General Administration | $450.00 hr | 1.50 | 1.50 | $675.00 | 0.00 | |

-675.00

| Date | Client | Description | Category | Rate | Hours | Billed | Amount | Other |
|---|---|---|---|---|---|---|---|---|
| | | Review docs and emails to coordinate sale of 800-808 property for Monday @ 3:00 P.M. | | | | | | |
| 07/05/2013 | Freecrest Investments LLC | Telephone conversation with atty. Smolka re: objection to Freecrest motion based on Cypress Creek. | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 07/08/2013 | Freecrest Investments LLC | Telephone call to Connelly re: telephone conversation with Smolka. | General Administration | $450.00 hr | 0.20 | 0.20 | $90.00 | 0.00 |
| 07/08/2013 | Freecrest Investments LLC | Draft assignment of lease re: La Bella Cucina to F & E, LLC | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 07/08/2013 | Freecrest Investments LLC | Telephone conversation with McCollom re: redemption of taxes on 800-808 property | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 07/08/2013 | Freecrest Investments LLC | Attend closing of 800-808 property | General Administration | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |
| 07/09/2013 | Freecrest Investments LLC | Review objection filed to 363 (b) sale | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 07/09/2013 | Freecrest Investments LLC | Telephone conversation with Private Bank re: same | General Administration | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 |
| 07/09/2013 | Freecrest Investments LLC | Review Objection to 363 sale to Private Bank with creation of Mechanics Lien by Express Signs | General Administration | $450.00 hr | 1.10 | 1.10 | $495.00 | 0.00 |
| 07/10/2013 | Freecrest Investments LLC | Initial presentation of Motion under 363 continued to 7/31/13. | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 07/10/2013 | Freecrest Investments LLC | Review objection to Amended 363b sale | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 07/20/2013 | Freecrest Investments LLC | Review lien document from Private Bank regarding mechanics liens | General Administration | $450.00 hr | 1.80 | 1.80 | $810.00 | 0.00 |
| 07/30/2013 | Freecrest Investments LLC | Review supplement to Amended Application and addendum to Trust portion of Application. | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 07/31/2013 | Freecrest Investments LLC | Appearance in court on Amended Application to Sell Property under 363 and Amended Objection. | General Administration | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 08/01/2013 | Freecrest Investments LLC | Telephone conversation with Polony re: order of court re: mechanics liens & entry of order approving sale. Discussion of mechanics of closing. | General Administration | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 08/01/2013 | Freecrest Investments LLC | Telephone conversation with Tom Sullivan re: 7/31 decision and procedure for closing. | General Administration | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 08/01/2013 | Freecrest Investments LLC | Telephone conversation with broker re: lease of Kinzie Salon space. | General Administration | $450.00 hr | 0.30 | 0.30 | $135.00 | 0.00 |
| 08/01/2013 | Freecrest Investments LLC | Telephone conversation with broker re: sale process on Hammel Creek & has buyer @2.5 million. | General Administration | $450.00 hr | 0.70 | 0.70 | $315.00 | 0.00 |
| 08/05/2013 | Freecrest Investments LLC | Discussion with Trustee re: closing on property | General Administration | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 08/05/2013 | Freecrest Investments LLC | Telephone conversation with broker re: contract on property. He to call back and determine if it wants to proceed with contract or 363 SL | General Administration | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 08/15/2013 | Freecrest Investments LLC | Review docs in advance of closing. | Real Estate | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 08/16/2013 | Freecrest Investments LLC | Review closing statement. Send to G. Sullivan & Tom Sullivan re: closing - may be Monday - Need to check | Real Estate | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Review closing docs and Title company docs in advance of closing. | General Administration | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Telephone conversation with Tom Sullivan re: closing docs and times. | Real Estate | $450.00 hr | 0.80 | 0.80 | $360.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Telephone conversation with Parker re: closing & reset for 8/21 @ 1:00 A.M. | Real Estate | $450.00 hr | 0.40 | 0.40 | $180.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Telephone conversation with McCollum re: rent roll issue. Need to be ready by Wed. 8/21. | Real Estate | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Trade telephone conversation with Tom Sullivan re: setting up closing for 8/20 | Real Estate | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 08/19/2013 | Freecrest Investments LLC | Review Freecrest closing statement as revised (4th) | Real Estate | $450.00 hr | 1.00 | 1.00 | $450.00 | 0.00 |
| 08/20/2013 | Freecrest Investments LLC | Attended Hammel Creek closing. | Hammel Creek | $450.00 hr | 1.80 | 1.80 | $810.00 | 0.00 |
| 08/20/2013 | Freecrest Investments LLC | Review docs in advance of closing | Real Estate | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| 08/20/2013 | Freecrest Investments LLC | | Real Estate | $450.00 hr | 2.50 | 2.50 | $1,125.00 | 0.00 |

| Date | Client | Description | Category | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| | | Attend closing at Hammel Creek | | | | | | |
| 08/20/2013 | Freecrest Investments LLC | Review motions of creditors to vacate orders of sale and stays same. | Real Estate | $450.00 hr | 1.30 | 1.30 | $585.00 | 0.00 |
| 08/20/2013 | Freecrest Investments LLC | Discussion with Trustee re: matters to be concludes post sale. | Real Estate | $450.00 hr | 0.50 | 0.50 | $225.00 | 0.00 |
| 10/10/2013 | Freecrest Investments LLC | Follow up letter to lien claimants to advise them | General Administration | $450.00 hr | 0.60 | 0.60 | $270.00 | 0.00 |
| 10/10/2013 | Freecrest Investments LLC | Review financial statement and tax returns of Kinsellas. Discussed with Trustee regading | General Administration | $450.00 hr | 1.30 | 1.30 | $585.00 | 0.00 |
| 10/10/2013 | Freecrest Investments LLC | Review financial statement of Kinsellas from 2011 and current tax returns. No assets to collect judgement. | General Administration | $450.00 hr | 2.00 | 2.00 | $900.00 | 0.00 |
| 10/15/2013 | Freecrest Investments LLC | Trade emails with Dean Parker re final expenses. Telephone call with Tom Sullivan re citation as to Kinsellas. Review fee statement in advance of filing proof of compensation. | General Administration | $450.00 hr | 1.60 | 1.60 | $720.00 | 0.00 |
| | | Total Labor For David Grochodnski | | | 101.10 | 101.10 | $45,495.00 | 0.00 |
| | | Total Expense For David Grochodnski | | | | $0.00 | $0.00 | |
| | | Total For David Grochodnski | | | | | $45,495.00 | |

**Gricel Gonzalez**

| 04/19/2013 | Freecrest Investments LLC ② | Prepared and filed motion to extend trustee's authority to operate debtor's business | General Administration | $75.00 hr | 1.10 | 1.10 | $82.50 | 0.00 | −15.00 |
| 06/05/2013 | Freecrest Investments LLC | Prepared all closing documents regarding the sale of 800-808 W. Jefferson St., Joliet, IL | Real Estate | $75.00 hr | 1.00 | 1.00 | $75.00 | 0.00 | |
| 06/05/2013 | Freecrest Investments LLC | TC with Will County Treasurer's office regarding redemption of taxes | Real Estate | $75.00 hr | 0.20 | 0.20 | $15.00 | 0.00 | |
| | | Total Labor For Gricel Gonzalez | | | 2.30 | 2.30 | $172.50 | 0.00 | |
| | | Total Expense For Gricel Gonzalez | | | | $0.00 | $0.00 | | |
| | | Total For Gricel Gonzalez | | | | | $172.50 | | |

**Kathleen McGuire**

| 02/26/2013 | Freecrest Investments LLC | Attend hearing downtown on motion to continue operating authority | General Administration | $385.00 hr | 0.50 | 1.50 | $577.50 | 0.00 | |
| 03/05/2013 | Freecrest Investments LLC | Travel downtown to court and attend hearing on Lasko fees and Mohundro adversary | | $385.00 hr | 0.50 | 1.50 | $577.50 | 0.00 | |
| 04/23/2013 | Freecrest Investments LLC | Attend status hearing on motion to employ broker | | $385.00 hr | 0.50 | 0.50 | $192.50 | 0.00 | |
| 04/30/2013 | Freecrest Investments LLC | Travel to downtown and attend hearing on motions to employ, Mohundro settlement and operating authority | | $385.00 hr | 0.50 | 1.50 | $577.50 | 0.00 | |
| 06/18/2013 | Freecrest Investments LLC | Draft Mohundro voluntary dismissal order | | $385.00 hr | 0.40 | 0.40 | $154.00 | 0.00 | |
| 06/26/2013 | Freecrest Investments LLC | Draft motion to extend trustee's operating authority. | | $385.00 hr | 1.00 | 1.00 | $385.00 | 0.00 | |
| 07/10/2013 | Freecrest Investments LLC | Travel downtown and attend status hearing on motion to sell. ⑤ | | $385.00 hr | 0.50 | 1.50 | $577.50 | 0.00 | −577.50 |
| 07/31/2013 | Freecrest Investments LLC | Travel downtown and attend status hearing on sale motion. ⑤ | | $385.00 hr | 0.50 | 1.50 | $577.50 | 0.00 | −577.50 |
| 09/18/2013 | Freecrest Investments LLC | Email to Polony and Connelley re: appeal | | $385.00 hr | 0.20 | 0.20 | $77.00 | 0.00 | |
| 10/04/2013 | Freecrest Investments LLC | File appearance in COL appeal | | $385.00 hr | 0.20 | 0.20 | $77.00 | 0.00 | |
| | | Total Labor For Kathleen McGuire | | | 4.80 | 9.80 | $3,773.00 | 0.00 | |
| | | Total Expense For Kathleen McGuire | | | | $0.00 | $0.00 | | |
| | | Total For Kathleen McGuire | | | | | $3,773.00 | | |
| | | Total Labor For TBS/TEE | | | 108.20 | 113.20 | $49,440.50 | 0.00 | |
| | | Total Expense For TBS/TEE | | | | $0.00 | $0.00 | | |
| | | Total For TBS/TEE | | | | | $49,440.50 | | |
| | | Grand Total Labor | | | 108.20 | 113.20 | $49,440.50 | 0.00 | |
| | | Grand Total Expenses | | | | $0.00 | $0.00 | | |
| | | Grand Total | | | | | $49,440.50 | | |